**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Isaac Villarreal v. Nicole  Borchard  Villarreal

Appellate case number:   01-21-00055-CV

Trial court case number:  2015-04746

Trial court:                     247th District Court of Harris County

       The court reporter has requested an extension of time until June 18, 2021 to file the reporter's record.  The motion is granted.

       Accordingly, the current deadline for filing appellant's brief is June 7, 2021.  Given the extension granted to the court reporter, the deadline for filing appellant's brief is extended until **30 days after the reporter's record is filed**.

       It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                     ☑ Acting individually    ☐ Acting for the Court


Date: ___May 25, 2021___